**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 98-20525
Summary Calendar

JOE B. RAMON,

Plaintiff-Appellant,

versus

GILBERT F. CASELLAS, Chairman,
Equal Employment Opportunity Commission,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 97-CV-1842

November 23, 1998

Before KING, BARKSDALE , and STEWART, Circuit Judges.

PER CURIAM:[*]

Appellant, Joe B. Ramon appeals the district court's order denying his motion for reconsideration. We review the district court's denial of a motion for reconsideration under an abuse of discretion standard. See Midland West Corp. v. F.D.I.C., 911 F.2d 1141, 1145 n. 4 (5ᵗʰ Cir. 1990)(Rule 59(e) motion); Williams v. Brown & Root, Inc., 828 F.2d 325, 328 (5ᵗʰ Cir. 1987)(Rule 60(b) motion). We find that through the exercise of reasonable diligence, Ramon could have prosecuted his case; therefore, we affirm the judgment of the district court.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.